TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. MAX A. GELLER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

CLIFFORD H. ARTHUR, at Trustee of the Estate of HARRY N. TARZIAN, Bankrupt, Respondent, v. HARRY N. TARZIAN and JAMES M. TARZIAN, Appellants.— In an action by a trustee in bankruptcy to set aside a conveyance by defendant Harry N. Tarzian to defendant James M. Tarzian, as in fraud of creditors, judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

BECKERLE & WRIGHT, INC., Respondent, v. AMSTERDAM BUILDING COMPANY, INC., Appellant.— In an action to recover damages for breach of a contract for excavation, partly in writing and partly by parol agreement on certain terms, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

JAMES BOHAN, Administrator, etc., of ANNIE BOHAN, Deceased, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Action brought by the plaintiff-administrator, here respondent, to recover damages suffered by himself as husband of the intestate, by reason of her death, alleged to have resulted from the negligence of the defendant, here appellant. The issues were tried and submitted to the jury for determination. A verdict in favor of the plaintiff for $10,000 was rendered, upon which judgment was entered. From that judgment defendant appeals. The appellant makes no contention, however, except that the verdict is excessive in amount. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

SOPHIA BUCKLEY and JOHN BUCKLEY, Respondents, v. GREEN BUS LINES, INC., Appellant.— Action to recover for personal injuries to wife, and companion action of husband for loss of services, etc., arising out of an accident when plaintiff-wife was alighting from defendant's bus. Defendant claims the verdict for the wife was excessive. Judgment for plaintiff-wife reversed on the facts and a new trial granted, with costs to abide the event, unless within ten days from the entry of the order hereon plaintiff-wife stipulate to reduce the verdict from $5,000 to $3,500; in which event the judgment as so reduced is unanimously affirmed, without costs. In our opinon the verdict is excessive. Judgment as to plaintiff-husband unanimously affirmed, without costs. There is no dispute as to the husband's verdict. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

MABEL BUNCE, Appellant, and GEORGE BUNCE, Plaintiff, v. THE CITY OF NEW YORK, Respondent.— Plaintiff was injured when she fell on a ledge six or eight feet long, extending from the building line over the sidewalk. The ledge was seven inches high at its highest point and tapered until it became flush with the sidewalk, and the edge of the ledge was jagged. The jury disagreed and the court granted defendant's motion to dismiss the complaint on the merits, and judgment was entered accordingly. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. In our opinion the evidence presented questions of fact as to defendant's negligence and plaintiff's freedom from contributory negligence. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.